STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE ELLIOTT, PLAINTIFF IN ERROR.

Argued February 3, 1943—Decided April 29, 1943.

For the defendant in error, *Daniel T. O'Regan.*

For the plaintiff in error, *Harold Simandl.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, RAFFERTY, THOMPSON, JJ. 10.

*For reversal*—None.